UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ENTERGY MISSISSIPPI, INC.**                                                              **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO. 5:11cv49-HTW-LRA**

**MARQUETTE TRANSPORTATION
COMPANY, LLC and
BLUEGRASS MARINE, LLC**                                                              **DEFENDANTS**

---

**AGREED ORDER GRANTING MOTION FOR ADDITIONAL TIME**

---

Before the Court is the Plaintiff's *Motion for Partial Summary Judgment* [**Dkt. No. 61**], and Defendants' *Motion to Dismiss Under 12(b)(6)* [**Dkt. No. 57**] and *Motion for Partial Summary Judgment* [**Dkt. No. 59**].

IT IS THEREFORE ORDERED that the Motion for Additional Time is hereby granted, with responses to the three pending dispositive motions due Friday, August 31, 2012, and the reply deadline for the three pending dispositive motions will be due Wednesday, September 12, 2012.

SO ORDERED this the 23rd day of August, 2012.

s/ HENRY T. WINGATE
THE HONORABLE HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

Prepared by:

SEAN R. GUY, ESQ., MSB #100362
MCCRANEY MONTAGNET & QUIN, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:  (601) 707-5725
Facsimile:  (601) 510-2939