IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ENTERGY MISSISSIPPI, INC.**                                                                                     **PLAINTIFF**

**V.**                                                             **CIVIL ACTION NO. 5:11-cv-49-HTW-LRA**

**MARQUETTE TRANSPORTATION
COMPANY, LLC, AND BLUEGRASS
MARINE, LLC**                                                                                                       **DEFENDANTS**

**RIVERSIDE CONSTRUCTION
COMPANY, INC.**                                                                                                       **PLAINTIFF**

**V.**                                                             **CIVIL ACTION NO. 5:13-CV-29-KS-MTP**

**ENTERGY MISSISSIPPI, INC.**

## ORDER OF CONSOLIDATION

Pursuant to this court's previous Order [docket no. 98] granting Entergy Mississippi, Inc.'s, Motion to Consolidate, this court hereby orders the two above-styled cases consolidated. Pursuant to Rule 42 of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, "[i]n civil actions consolidated under Fed.R.Civ.P. 42(a), the action bearing the lower or lowest docket number will control the designation of the district or magistrate judge before whom the motion to consolidate is noticed."  As such, all further filings will be filed in this court with the lead case, *Entergy Mississippi, Inc. v. Marquette Transportation Company, LLC, and Bluegrass Marine, LLC*, 5:11-cv-49-HTW-LRA.

   **SO ORDERED** this 18th day of July, 2013.

                                                     /s/ Henry T. Wingate
                                                   UNITED STATES DISTRICT COURT JUDGE

Civil Action No. 3:12-cv-613-HTW-LRA
Order of Consolidation